Commonwealth ex rel. Garrett, Appellant, *v.* Banmiller.

Submitted March 21, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Demetrius Garrett,* appellant, in propria persona.

*Arthur J. Marion* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, April 12, 1962:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge KELLEY of the Court of Common Pleas No. 6 of Philadelphia County, as reported in 26 Pa. D. & C. 2d 749.